IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | Case No. 2:10-CR-160(3) |
| v. | : | JUDGE ALGENON L. MARBLEY |
| YOUNG KO, | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Defendant's Redaction Request. For the reasons set forth therein, and the Government having no objections, the Court finds the Motion well-taken and GRANTS same.

In accordance with this order, the transcript of December 16, 2010, Docket No. 215 is **ORDERED SEALED.**

**IT IS SO ORDERED.**

                                              s/Algenon L. Marbley
                                              ALGENON L. MARBLEY
                                              UNITED STATES DISTRICT JUDGE

**DATED: January 27, 2012**