## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 2:10-CR-160** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **LISETTE L. LEE** | : | **Magistrate Judge Deavers** |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on Defendant's Motion to Transfer Defendant's 28 U.S.C.

§ 2255 Motion to the Presiding Judge. (Doc. #258) Defendant requests the Court transfer the §

2255 Motion from the Magistrate Judge, who has been designated to make a report and

recommendation on the § 2255 Motion, to this Court. The Government opposes Defendant's

Motion. (Doc. #259)

In the Southern District of Ohio, Local Rule 72.1 permits District Judges to designate any

function listed in 28 U.S.C. § 636 to a Magistrate Judge. Among these functions is "to submit to

a judge of the court proposed findings of fact and recommendations for the disposition, by a

judge of the court, of any motion excepted in subparagraph (A), of applications for post[-]trial

relief made by individuals convicted of criminal offenses." 28 U.S.C. § 636(b)(B). It is the

common practice of this Court for Magistrate Judges to make reports and recommendations to

this Court on a prisoner's motion under 28 U.S.C. § 2255. Defendant has not shown good cause

for departing from the established practices of this Court.

For the reasons set forth, Defendant's Motion is, hereby, **DENIED.**

**IT IS SO ORDERED.**

**s/ Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: November 15, 2012**